## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN LONG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 14 C 6361 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Maria Valdez |
| | ) | |
| THOMAS J. DART, et al., | ) | |
| | ) | |
| Defendants | ) | |

## MOTION TO VOLUNTARILY DISMISS CLAIMS BROUGHT ON
## BEHALF OF PLAINTIFF KEVIN LONG

Mark Weinberg and Adele Nicholas (hereinafter "Plaintiffs' counsel") move this court for entry of an order dismissing claims brought on behalf of Kevin Long. In support of this motion, Plaintiffs' counsel states as follows:

1.      Mr. Long informed Plaintiff's counsel in writing that he seeks to be dismissed from the lawsuit and no longer wants to pursue this matter. See Exhibit A attached hereto.

2.      Mr. Long is currently an inmate in the Dixon Correctional Center.

WHEREFORE, Plaintiffs' counsel requests entry of an order dismissing Plaintiff Kevin Long as a Plaintiff in this matter.


Respectfully submitted,

/s/ Mark G. Weinberg

/s/ Adele Nicholas
*Counsel for Plaintiffs*

Mark G. Weinberg
3612 N. Tripp Avenue Chicago,
IL 60641
(773) 283-3913

Adele D. Nicholas
4510 N. Paulina Street, 3E
Chicago, Illinois 60640
847-361-3869