I, Kevin Long, authorize attorneys Mark Weinberg and Adele Nicholas to dismiss the claims filed on my behalf in *Long v. Dart et al.*, 1:14-cv-06361, currently pending in the U.S. District Court for the Northern District of Illinois. I understand that I will no longer be part of the litigation and will have no right to receive any settlement or judgment. MARK WEINBERG WILL SEND ME A COURT ORDER REMOVING ME AS A π AND STRIKING MY NAME FROM ALL DOCUMENTS AND TRANSCRIPTS IN THE ABOVE-MENTIONED CASE BY 4/1/15.

_____  3/19/15
Kevin Long                         Date